ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 10 2011

CLERK, U.S. DISTRICT COURT
By _____
       Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. |
| | § | |
| TERRY GLEN SILLERS (1) | § | 4-11CR-120-Y |

## INDICTMENT

The Grand Jury charges:

### Count One
### Escape
### (Violation of 18 U.S.C. § 751(a))

On or about June 21, 2011, at Fort Worth, Texas in the Northern District of Texas, the defendant, **Terry Glen Sillers**, did knowingly and willfully escape from the custody of Volunteers of America, an institution and facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Northern District of Texas upon conviction for the commission of Possession with Intent to Distribute Narcotics, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

Indictment - Page 1

In violation of 18 U.S.C. § 751(a).

A TRUE BILL.

_____
FOREPERSON

JAMES T. JACKS
UNITED STATES ATTORNEY

_____
MATTHEW J. GULDE
Assistant United States Attorney
Illinois State Bar No. 6272325
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102-6882
Telephone: 817.252.5200
Facsimile: 817.252.5455

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

TERRY GLEN SILLERS (1)

INDICTMENT

18 U.S.C. § 751(a)
Escape

A true bill rendered:

FORT WORTH                                             FOREPERSON

Filed in open court this 10th day of August, A.D. 2011.

Warrant to Issue:

UNITED STATES MAGISTRATE JUDGE

ORIGINAL

*Criminal Case Cover Sheet*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

1. **Defendant Information**

   Juvenile:   ☐ Yes   ☒ No

   Sealed:   ☐ Yes   ☒ No

   **Related Case Information**
   Superseding Indictment:   ☐ Yes   ☒ No
   New Defendant:   ☒ Yes   ☐ No
   Pending CR Case in NDTX:   ☐ Yes   ☒ No
   Search Warrant Case Number: _____
   Rule 20 from District of: _____
   Magistrate Case Number: _____

   Defendant Name
   **TERRY GLEN SILLERS (1)**
   Alias Name
   Address

2. **U.S. Attorney Information**
   AUSA   Matthew J. Gulde                         Illinois State Bar # 6272325

3. **Interpreter**

   ☐ Yes   ☒ No
   If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date:

   ☐ Federal Inmate
   ☐ Already in State Custody
   ☐ On Pretrial Release
   ☒ Warrant to Issue

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant:  1      ☐ Petty      ☐ Misdemeanor      ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 18 U.S.C. § 751(a) | Escape | 1 |

   Date  8/9/2011                           Signature of AUSA: _____