UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION
MINUTE ORDER

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT - 6 2011
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| Type hearing: | Rearraignment - **NON-EVIDENTIARY** |
| Case number: | 4:11-CR-120-Y |
| Defendant: | TERRY GLEN SILLERS (1), sworn |
| Court Reporter: | Ana Warren |
| Interpreter: | None |
| US attorney: | Matthew Gulde, Shawn Smith for |
| Defense attorney: | Peter Michael Fleury, Wm Biggs for |
| Time in Court: | 10 mins. |
| Judge: | Magistrate Judge Jeffrey L. Cureton |
| Date of hearing: | October 6, 2011 |
| Status: | Defendant enters a plea of guilty to count one of the one-count indictment
Deft TBS: 9:30 a.m., January 23, 2012
PSI Referral Form to defendant's attorney
Scheduling Order to follow
Deft's detention continued |
| Hearing concluded: | Yes |
| Deputy Clerk: | Carmen Bush |