# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

## MINUTE ORDER

| | |
|---|---|
| Hearing: | Sentencing - **NON-EVIDENTIARY** |
| Case number: | 4:11-CR-120-Y (01) |
| Defendant: | TERRY GLEN SILLERS |
| Court Reporter: | Ana Warren |
| Interpreter: | N/A |
| US attorney: | Matthew Gulde |
| Defense attorney: | Peter Michael Fleury, attorney for the defendant |
| Time in Court: | 12 minutes |
| Judge: | Judge Terry R. Means |
| Date of hearing: | January 23, 2012 |
| Status: | Guilty plea accepted as to count one of the one-count indictment |
| | Custody of Federal Bureau of Prison: 30 months. This sentence shall run consecutively to any sentence that may be imposed by either the 213th Judicial District Court, Tarrant County, Texas, in Case No. 0433762W or Criminal District Court No. 4, Tarrant County, Texas, in Case No. 0504508 upon revocation of parole. |
| | No Fine |
| | No Restitution |
| | Supervised release: three years. |
| | MSA: $100 due immediately |
| | The defendant's custody/detention is continued. |
| Days in Court: | One |
| Hearing concluded: | Yes |
| Deputy Clerk: | Charlotte White |
| US probation officer: | Staci Bradford |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
JAN 2 3 2012
CLERK U.S. DISTRICT COURT
By _____ Deputy