**United States District Court**
**Northern District of Texas**
**Office of the Clerk**



Fort Worth Division

Jul 12, 2012

Clerk
U.S. Court of Appeals - Fifth Circuit
600 Maestri Place
New Orleans, LA 70130

SUBJECT:   12-10130   USA vs. Terry Glen Sillers   4:11-CR-120-1-Y

Dear Clerk:

In connection with the appeal cited above, the following record is transmitted:

☒ Record on appeal or   ☐ Supplemental record on appeal
  consisting of __1__ volumes of the record and/or any of the items indicated below:

   __2__ Volume(s) of the transcript     _____ Volume(s) of depositions
   _____ Container(s) of exhibits         _____ Folder(s) of State Court Papers
   _____ Sealed documents                 _____ Audio Visual Tapes
   __1__ PSI and SOR page Sealed

☐ Other: _____

☐ **ATTENTION:** Some of the documents noted above are ORIGINAL DOCUMENTS and must be returned to the district court.

☐ UPS Tracking #: _____

                                      Sincerely,
                                      KAREN MITCHELL
                                      Clerk of Court

                                  By: /s/ Tamara Ellis
                                      Deputy Clerk