United States Court of Appeals
Fifth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

**F I L E D**
February 19, 2013

Lyle W. Cayce
Clerk

No. 12-10130
Conference Calendar

D.C. Docket No. 4:11-CR-120-1

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

TERRY GLEN SILLERS,

    Defendant - Appellant



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 1 8 2013
CLERK, U.S. DISTRICT COURT
By _____
Deputy

Appeal from the United States District Court for the
Northern District of Texas, Fort Worth

Before KING, CLEMENT, and HAYNES, Circuit Judges.

JUDGMENT

    This cause was considered on the record on appeal and the briefs on file.

    It is ordered and adjudged that the appeal is dismissed as frivolous.

ISSUED AS MANDATE: MAR 1 8 2013

A True Copy
Attest
Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
Deputy   MAR 1 8 2013

New Orleans, Louisiana