

*United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

March 13, 2013

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 12-10130,  USA v. Terry Sillers
        USDC No. 4:11-CR-120-1

Enclosed, for the district court only, is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 1 ) SEALED Envelope

The electronic copy of the record has been recycled.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Nancy F. Dolly, Deputy Clerk
                              504-310-7683

cc:  (letter only)
     Mr. James Wesley Hendrix
     Honorable Terry R. Means
     Mr. Terry Glen Sillers

P.S. to Judge Means:  A copy of the opinion was sent to your office via email the day it was filed.

Rcvd: 1 PSR/JUR (destroyed)